No. 91–1798. VILLAGE OF LOS RANCHOS DE ALBUQUERQUE ET AL. *v.* STONE, SECRETARY OF THE ARMY, ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–1799. PACYNA *v.* STONE, SECRETARY OF THE ARMY. C. A. 2d Cir. Certiorari denied.

No. 91–1803. DAVIS, TRUSTEE *v.* DEPARTMENT OF ENERGY. Temp. Emerg. Ct. App. Certiorari denied.

No. 91–1804. VELEZ ET AL. *v.* FELIX DE SANTANA. C. A. 1st Cir. Certiorari denied.

No. 91–1805. ACKERMAN, HOOD & MCQUEEN, INC. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 10th Cir. Certiorari denied.

No. 91–1808. GENCOR INDUSTRIES, INC. *v.* STANDARD HAVENS PRODUCTS. C. A. Fed. Cir. Certiorari denied.

No. 91–1817. HURLEY ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 91–1819. LAGRANGE TRADING CO., DBA AIRLINE BOOKSTORE *v.* NICOLOSI ET AL.; and
No. 91–1998. NICOLOSI ET AL. *v.* LAGRANGE TRADING CO., DBA AIRLINE BOOKSTORE. C. A. 5th Cir. Certiorari denied. Reported below: 953 F. 2d 642.

No. 91–1820. PLUMBERS & PIPEFITTERS LOCAL UNION NO. 520 *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 91–1822. LA ISLA VIRGEN, INC. *v.* OLIVE, DIRECTOR, VIRGIN ISLANDS BUREAU OF INTERNAL REVENUE; ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–1825. SHUSHAN ET AL. *v.* CARTERET SAVINGS BANK, F. A. C. A. 3d Cir. Certiorari denied.